```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 10-60010-CIV-ZLOCH
```

JAMES WIMBLEY,

    Plaintiff,

vs.                                                   **O R D E R**

AL LAMBERTI, in his official
capacity, and KENNETH JENNE,
in his individual capacity and
his official capacity,

    Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff James Wimbley's Showing Of Good Cause (DE 6), which the Court construes as a Motion For Extension Of Time. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion, Plaintiff represents that he has been attempting to secure new counsel to serve and prosecute this action for him since the beginning of January. See DE 6. Further, he requests an additional 90 days to secure new counsel and serve Defendants in this matter. Id. The Court notes that no Motion To Withdraw has been filed by counsel in this action.

    The Court again calls Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which states that:

> If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the

      plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff James Wimbley's Showing Of Good Cause (DE 6), which the Court construes as a Motion For Extension Of Time be and the same is hereby **GRANTED** as follows:

1. Plaintiff shall have until <u>noon</u> on <u>Monday, June 28, 2010</u> to effect service of process upon Defendants Al Lamberti and Kenneth Jenne, and to file a return of service reflecting the same; and

2. Upon the failure of Plaintiff to abide by the terms and conditions of this Order, the Court shall dismiss the above-styled cause without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  14th  </u> day of June, 2010.

                                         */s/ William J. Zloch*
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record