UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60010-CIV-ZLOCH

JAMES WIMBLEY,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

AL LAMBERTI, in his official
capacity, and KENNETH JENNE,
in his individual capacity and
his official capacity,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    This case was filed on January 5, 2010. See DE 1. In an Order entered on May 24, 2010 (DE 3), the Court noted that more than 120 days had passed since the time Plaintiffs filed this action, but that no summons had been served upon Defendants. Plaintiff's counsel responded that Plaintiff James Wimbley had been attempting to secure new counsel since the beginning of January and requested additional time to secure counsel and serve Defendants in this matter. See DE 6. The Court granted Plaintiff an extension of time until noon on Monday, June 28, 2010, to effect service of process upon Defendants in compliance with Federal Rule of Civil Procedure 4(m). See DE 7. The Court also warned that failure to abide by the terms and conditions of its Order (DE 7) would result

in dismissal of the above-styled cause without prejudice and without further notice or hearing.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause be and the same is hereby **DISMISSED**, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to serve Defendants; and

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record